OPINION — AG — ** REVENUE RAISING BILL — DEFINITION — SURCHARGE ** (1) ENROLLED HOUSE BILL NO. 1223 OF THE FIRST SESSION OF THE THIRTY-NINTH LEGISLATURE (1983), MODIFYING PROVISIONS OF THE OKLAHOMA EMPLOYMENT SECURITY ACT OF 1980, IS NOT A "REVENUE RAISING BILL", WITHIN THE MEANING OF ARTICLE V, SECTION 33 (2) SECTION 14 OF ENROLLED HOUSE BILL NO. 1223 (1983), REQUIRING THE EMPLOYMENT SECURITY COMMISSION TO ASSESS A SURCHARGE ON EMPLOYERS IN CERTAIN INSTANCES, DOES NOT UNCONSTITUTIONALLY DELEGATE LEGISLATIVE AUTHORITY, NOR DOES IT CONSTITUTE SURRENDER OF THE TAXING POWER CONTRARY TO OKLAHOMA CONSTITUTION ARTICLEX, SECTION 5 (TAXATION, WAGES, CONTRIBUTION) CITE: 40 O.S. 1-218 [40-1-218], 40 O.S. 2-102 [40-2-102], 40 O.S. 2-104 [40-2-104], 40 O.S. 2-106 [40-2-106], 40 O.S. 2-207 [40-2-207], 40 O.S. 3-103 [40-3-103], 40 O.S. 3-109 [40-3-109], 40 O.S. 3-111 [40-3-111], 40 O.S. 3-113 [40-3-113], 40 O.S. 3-106 [40-3-106] (GERALD E. WEIS) ** SEE: OPINION NO. 88-020 (1988) **